IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ANDREW J. ECKSTEIN, | ) | CASE NO. 1:23-CV-2320 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | JONATHAN D. GREENBERG |
| WARDEN JENNIFER BLACK, | ) | |
| | ) | |
| | ) | **REPORT & RECOMMENDATION** |
| Defendant. | ) | |

This matter has been referred to the undersigned for general pretrial supervision and resolution of all non-dispositive motions. (Doc. No. 5.)

On June 14, 2024, the Court granted Defendant's Motion to Revoke Order Granting In Forma Pauperis Status (Doc. No. 8) and vacated its April 2, 2024 Order Granting In Forma Pauperis Status (Doc. No. 6). (Doc. No. 17.) The Court also denied Plaintiff's Motion to Quash Defendant's Motion to Revoke In Forma Pauperis Status (Doc. No. 11) and denied as moot Plaintiff's Motion to Submit Documents as Evidence (Doc. No. 14). (Doc. No. 17.) In its June 14, 2024 Order, the Court ordered Plaintiff to pay the remainder of the full filing fee within thirty days of the Order. (Doc. No. 17 at 3.) The Court warned Plaintiff that failure to do so would result in a recommendation that this case be dismissed for failure to prosecute. (*Id.*)

In the interest of managing its docket and avoiding unnecessary burdens on the tax-supported courts and opposing parties, the Court may dismiss a plaintiff's complaint for failure to prosecute. *Knoll v. American Tel. & Tel. Co.*, 176 F.3d 359, 363 (6th Cir. 1999). In this instance, Plaintiff has failed to comply with the Court's order to pay the remainder of the full filing fee, and in doing so he has failed to actively pursue this litigation to its completion within a reasonable amount of time.

1

For the foregoing reasons, the Magistrate Judge recommends this matter be dismissed without prejudice.

                                           /s/*Jonathan D. Greenberg*
                                           Jonathan D. Greenberg
                                           United States Magistrate Judge

Date: August 1, 2024